RECEIVED
IN LAKE CHARLES, LA

JUL 2 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| FAYE MARIE DOUCET | CIVIL ACTION NO. 04-2362-LC |
| VERSUS | SECTION "P" |
| THE STATE OF LOUISIANA | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** because petitioner's claims remain unexhausted.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 28 day of July, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE